| | |
|---|---|
| 1 | Lawrence D. Rohlfing |
| | Attorney at Law: 119433 |
| 2 | 12631 East Imperial Highway, Suite C-115 |
| | Santa Fe Springs, CA 90670 |
| 3 | Tel: (562)437-7006 |
| | Fax: (562)432-2935 |
| 4 | E-Mail: rohlfing.office@rohlfinglaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | JOHNNY VINCENT ZARATE |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY VINCENT ZARATE | ) | Case No.: 1:18-cv-00316-JDP |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXTEND TIME |
| v. | ) | TO FILE OPENING BRIEF |
| | ) | |
| NANCY A. BERRYHILL, | ) | (FIRST REQUEST) |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Johnny Vincent Zarate and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from October 29, 2018 to November 26, 2018 for Plaintiff to file an opening brief, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has had an extensive travel schedule for personal matters, a speaking engagement, and a hearing out of town.

DATE: October 24, 2018    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Mr. Johnny Vincent Zarate


DATE:  October 24, 2018    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Michael K. Marriott*

BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

Dated:   October 29, 2018    _____
UNITED STATES MAGISTRATE JUDGE